UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SAI FAH | CIVIL ACTION |
| VERSUS | |
| VANNOY, ET AL. | No.  25-1022-SDD-EWD |

## ORDER

Before the Court is a Petition for Writ of Habeas Corpus, filed by Sai Fah ("Petitioner"). Petitioner is an immigration detainee in the custody of the Department of Homeland Security/U.S. Immigration and Customs Enforcement ("DHS/ICE") and is currently incarcerated at the Louisiana State Penitentiary immigration detention camp ("Angola" or "Camp 57"). Petitioner alleges that his continued detention is unconstitutional under *Zadvydas v. Davis*, 533 U.S. 678 (2001) and other due process violations, and he requests immediate release from detention.

For the Court to determine what action to take, if any, on this application,

**IT IS ORDERED** that the respondent(s) file a response to the petition together with a memorandum of legal authorities in support of said response within **twenty-one (21) days** of service of this Order. In answer, the respondent shall provide the Court with competent summary judgment evidence indicating whether there is a significant likelihood of removal in the reasonably foreseeable future, or whether Petitioner's detention is otherwise lawful.[1] This evidence shall include information regarding the length of time that

---

[1] While relevant to the inquiry as to whether Petitioner's detention is lawful, a post-removal-order period of greater than 90 days but less than 6 months should not be the sole evidence provided. *See, e.g., Ali v. Dep't of Homeland Sec.*, 451 F. Supp. 3d 703, 707 (S.D. Tex. 2020) ("This six-month presumption is not a

he has been in post-removal-order custody, the date on which his removal order became final, any administrative decisions relating to Petitioner's request for bond, and all documents relevant to the efforts made by immigration officials to obtain travel documents for Petitioner.

As Defendants have not appeared, **IT IS FURTHER ORDERED** that Petitioner shall serve a copy of this Order on Respondents.

Finally, **IT IS ORDERED** that Petitioner will have **twenty-one (21) days** after the response is filed to file a reply brief and any evidence to support his habeas petition. Petitioner may also file a request for discovery before the 21 days expire. If Petitioner files nothing within these 21 days, the Court will assume the case record is complete.

After these deadlines have passed and the record is complete, the Court will determine if genuine issues of material fact exist and if an evidentiary hearing is necessary. If no hearing is needed, the Court will issue a decision on the Petition without further notice.

Signed in Baton Rouge, Louisiana, on January 14, 2026.

*[signature]*

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

bright line, however, and *Zadvydas* did not automatically authorize all detention until it reaches constitutional limits.")